```
JAMES KRUEGER, ESQ. 492
2065 Main Street, Suite 102
Wailuku, Maui, Hawaii 96793
(808) 244-7444 (Telephone)
(808) 244-4177 (Facsimile)
Email:   mauswim@maulaw.net
```

Attorney for Plaintiffs
17-26 JK:tds

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| STEVE PELL, DIONNA PELL, <br> J. P. & L. P., minors <br> ERIN BARENS, SHANNON BAILEY <br> EMMA PELL, AND STEVI PELL, <br><br> Plaintiffs, <br><br> v. <br><br> HMC KEA LANI LP, <br> CCFH MAUI LLC, <br> JOHN DOES 1-5, <br> JOHN DOE CORPORATIONS 1-5, <br> JOHN DOE PARTNERSHIPS 1-5, <br> ROE NON-PROFIT CORPORATIONS <br> 1-5, AND ROE GOVERNMENTAL <br> AGENCIES 1-5, <br><br> Defendants. | CIVIL NO. 1:17-CV-529 <br> DKW-KJM <br><br> PLAINTIFFS' OBJECTION TO <br> JAMES W. EVANS, ESQ.'S <br> MOTION TO APPEAR PRO HAC <br> VICE; CERTIFICATE OF <br> SERVICE |

1

PLAINTIFFS' OBJECTION TO JAMES W. EVANS,
ESQ.'S MOTION TO APPEAR PRO HAC VICE

There are already two other Arizona lawyers who have sought pro hac vice status in this case. I have no objection to their applications. Defendant hotel also has local counsel giving them the two foreigners plus a whole law firm of local attorneys. There is no justification really for any more foreign lawyers in the case, let alone the two I have agreed to, but three is overkill.

After all, this case being one where a visitor at a local hotel was crunched in shorebreak, and being rendered a quadriplegic, is one without particular circumstance to Arizona geography, let alone marine biology, so that there is nothing special about Arizona which qualifies so many counsel from that state to be involved in this case.

The Evans request should be denied.

DATED: Wailuku, Maui, Hawaii, June 6, 2018.

/s/ James Krueger, Esq.
JAMES KRUEGER, ESQ.
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2018 a copy of Plaintiffs' Objection to James W. Evans, Esq.'s Motion to

Appear Pro Hac Vice was filed with the Clerk, using CM/ECF, who will forward a copy to all counsel of record.

DATED: Wailuku, Maui, Hawaii, June 6, 2018.

/s/ James Krueger, Esq.
JAMES KRUEGER, ESQ.
Attorney for Plaintiffs

**SERVICE LIST**

RANDALL Y. YAMAMOTO, ESQ.
ryamamoto@ykllp.net
JEFFREY HU, ESQ.
jhu@ykllp.net
Topa Financial Center, Suite 1700
700 Bishop Street, Bishop Street Tower
Honolulu, Hawaii 96813

NOEL CAPPS, ESQ.
ncapps@rcdmlaw.com
WILLIAM DRURY, ESQ.
wdrury@rcdmlaw.com
JAMES W. EVANS, ESQ.
jevans@rcdmlaw.com
RENAUD, COOK, DRURY, MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004

Attorneys for Defendants
HMC KEA LANI LP and CCFH MAUI LLC

DATED: Wailuku, Maui, Hawaii, June 6, 2018.

/s/ James Krueger, Esq.
JAMES KRUEGER, ESQ.
Attorney for Plaintiffs