JAMES KRUEGER, ESQ. 492
2065 Main Street, Suite 102
Wailuku, Maui, Hawaii  96793
(808) 244-7444 (Telephone)
(808) 244-4177 (Facsimile)
Email:   Mauswim@maulaw.net

Attorney for Plaintiffs
17-26 JK:tds

UNITED STATES DSITRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| STEVE PELL, DIONNA PELL, J. P. & L. P., minors ERIN BARENS, SHANNON BAILEY EMMA PELL, AND STEVI PELL,<br><br>        Plaintiffs,<br><br>     v.<br><br>FAIRMONT HOTELS & RESORTS, INC. dba THE FAIRMONT KEA LANI MAUI, JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT CORPORATIONS 1-5, AND ROE GOVERNMENTAL AGENCIES 1-5,<br><br>        Defendants. | CASE NO. 1:17-cv-529-DKW-KJM<br><br>PLAINTIFF'S AMENDED RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>DATE:  June 20, 2018<br>TIME:  9:30 a.m.<br>MAGISTRATE JUDGE: Kenneth J. Mansfield |

PLAINTIFFS' AMENDED RULE 16
SCHEDULING CONFERENCE STATEMENT

Pursuant to Federal Rules of Civil Procedure, Rule 16, and Rule 16.2(b), Local Rules of Practice for the United States District Court of Hawaii, plaintiffs submit their amended Rule 16 scheduling conference statement.

1. Nature of the case.

Plaintiffs have brought this lawsuit because defendant failed to warn them about a dangerous shorebreak that pounds the beaches at its resort, the Fairmont Kea Lani Maui (hereinafter "Kea Lani"), located at 4100 Wailea Alanui Drive, Wailea, Hawaii 96753.  On October 22, 2105 plaintiffs were guests at the Kea Lani. Without warning of the danger, plaintiff, Steve Pell, waded into the ocean waters near the Kea Lani where he suffered a paralyzing injury caused by a powerful shore break.

2. Jurisdiction and venue.

Plaintiffs filed this complaint on October 20, 2017.

Service on defendant was effectuated on April 17, 2018.

Plaintiffs filed an amended complaint on June 4, 2018.

This Court has subject-matter jurisdiction due to diversity of citizenship, pursuant to 28 U.S.C. §1332. Defendant Fairmont Hotels and Resorts, Inc. was incorporated in the state of Delaware.  Its principal place of business is the County of Maui, State of Hawaii.

C:\PELL\AMD.SCH.CONF.STMT

Plaintiffs were, and at all times relevant, citizens of the states of California, North Dakota and New York. None of the plaintiffs were, at any time relevant, citizens of Delaware, where defendant is incorporated. No plaintiffs were, at any time relevant, citizens of the State of Hawaii, where defendant's principal place of business is located.

Furthermore, plaintiffs allege more than $75,000 in damages, exclusive of interests and costs.

Venue is proper in this Court because the events giving rise to this action took place in the State of Hawaii.

3. <u>Jury trial</u>.

No demand for jury trial has been made.

4. <u>Discovery and timing</u>.

Plaintiffs will file a discovery plan after defendant answers their complaint.

5. <u>Related cases</u>.

No related case is now pending in this Court. However, plaintiffs' attorney has a similar case against defendant now pending appeal in the Supreme Court of Hawaii. That case, <u>Stephens v. Fairmont Hotels</u>, Second Circuit Court Civil No. 14-1-0447(1), involves very similar facts with a guest of defendant hotel suffering paralysis caused by shorebreak. Another similar case is <u>Holden v. Fairmont Hotels</u>, Second Circuit Court Civil No. 14-1-0075.

DATED: Wailuku, Maui, Hawaii, June 6, 2018.

                                                /s/ James Krueger, Esq.
                                                JAMES KRUEGER, ESQ.
                                                Attorney for Plaintiffs