IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVE PELL; DIONNA PELL; J P. & L. P., minors; ERIN BARENS; SHANNON BAILEY; EMMA PELL; and STEVI PELL, <br><br> Plaintiffs, <br><br> vs. <br><br> HMC KEA LANI LP; CCFH MAUI LLC; JOHN DOES 1-5; JOHN DOE CORPORATIONS 1-5; JOHN DOE PARTNERSHIPS 1-5; ROE NON-PROFIT CORPORATIONS 1-5; and ROE GOVERNMENTAL AGENCIES 1-5, <br><br> Defendants. | CV 17-00529 DKW-KJM <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 26, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendants HMC Kea Lani LP and CCFH Maui LLC's

Motion for Non-Taxable Costs", ECF No. 157 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 16, 2019 at Honolulu, Hawai'i.



  /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Steve Pell, et al v. HMC Kea Lani LP, et al*; Civil No. 17-00529 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**